

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jose Jacinto Amaya Sotelo,          * From the 35th District Court
   of Brown County
   Trial Court No. CR24057.

Vs. No. 11-17-00118-CR          * May 23, 2019

The State of Texas,          * Memorandum Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.,
   Stretcher, J., and Wright, S.C.J.,
   sitting by assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.